NOTICE: This order was filed under Supreme Court Rule 23 and is not precedent except
 in the limited circumstances allowed under Rule 23(e)(1).

 2023 IL App (3d) 220347-U

 Order filed September 1, 2023
____________________________________________________________________________

 IN THE

 APPELLATE COURT OF ILLINOIS

 THIRD DISTRICT

 2023

EDWARD MCGOWAN and ) Appeal from the Circuit Court
55/30 ACQUISITIONS, LLC ) of the 12th Judicial Circuit,
 ) Will County, Illinois,
 Plaintiffs-Appellants, )
 )
 v. ) Appeal No. 3-22-0347
 ) Circuit No. 21-L-200
FIRST MIDWEST BANK as Trustee under )
Trust No. 5693 dated June 2, 1992; )
CHICAGOLAND CENTER ASSOCIATION, )
INC.; THOMAS SEARLS; STEVE SEARLS; )
RICHARD SEARLS, JR.; RICHARD )
SEARLS, III; JOHN SEARLS; JACOB & )
HEFNER ASSOCIATES, INC.; and )
ILLINOIS-AMERICAN WATER CO., )
 )
 Defendants )
 )
(First Midwest Bank as Trustee under Trust )
No. 5693 dated June 2, 1992; Thomas Searls; )
Steve Searls; Richard Searls, Jr.; Richard ) Honorable
Searls, III; John Searls; and Jacob & Hefner ) John C. Anderson,
Associates, Inc., Defendants-Appellees). ) Judge, Presiding.
____________________________________________________________________________

 JUSTICE BRENNAN delivered the judgment of the court.
 Justices Peterson and Albrecht concurred in the judgment.
____________________________________________________________________________

 ORDER